UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| Christina Reynolds, <br><br> individually and on behalf of all others similarly situated, <br><br> Plaintiff(s) <br><br> -v.- <br><br> Mountain Run Solutions, LLC, <br> and John Does 1-25. <br><br> Defendant(s). | Civil Action No: 4:20-cv-1118-DPM |

**PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT
AGAINST MOUNTAIN RUN SOLUTIONS, LLC**

Plaintiff, Christina Reynolds, by and through her attorneys, Stein Saks, PLLC, moves for a Default Judgment against Mountain Run Solutions, LLC, in default for its failure to timely appear and Answer the Complaint. In support thereof, Plaintiff states as follows:

1. The Complaint in this action was filed on September 21, 2020. ECF Doc. 1.

2. On October 2, 2020, Defendant Mountain Run Solutions, LLC ("Defendant") was served with the Summons and Complaint. Doc. 2.

3. Defendant failed to timely appear and answer the complaint.

4. No appearance, answer or other responsive pleading has been filed to date.

5. Pursuant to Fed. R. Civ. P. 55(a) a Clerk's Default was entered on February 4, 2021 against Defendant.

6. Plaintiff's counsel has attached an affidavit of amounts due and respectfully asks that the Court enter judgment in this amount.

7. Although this case was filed as a putative class action, no class was ever certified.

1

8. Plaintiff is making this motion on behalf of herself only and upon entry asks that, to the extent necessary, the putative class members be dismissed without prejudice.

WHEREFORE, Plaintiff, Christina Reynolds, moves to grant his Motion for Default Judgment and that judgment be entered against Defendant Mountain Run Solutions, LLC.

Dated: October 14, 2021

Respectfully submitted,

Stein Saks, PLLC

s/ Yaakov Saks
Yaakov Saks, Esq.
Stein Saks, PLLC
One University Plaza Suite 620
Hackensack, NJ, 07601
(201) 282-6500

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

Under penalties of perjury the undersigned states that on October 14, 2021, the following documents:

1) Motion for Default Judgment,
2) Memorandum in Support of Entry of Default Judgment,
3) Affidavit(s) in support, and
4) Proposed Order

Were served on all interested parties in this action by placing a true and correct copy thereof in a sealed envelope, via certified mail, and deposited said envelope in the United States mail.

Mountain Run Solutions, LLC
313 E. 1200 S, Suite 102
Orem, UT 84058


        s/ Yaakov Saks
        Yaakov Saks, Esq.
        Stein Saks, PLLC
        One University Plaza, Suite 620
        Hackensack, NJ, 07601
        (201) 282-6500

        *Attorneys for Plaintiff*