IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

CHRISTINA REYNOLDS, Individually
and on behalf of all others similarly situated          PLAINTIFF

v.                    No. 4:20-cv-1118-DPM

MOUNTAIN RUN SOLUTIONS, LLC
and JOHN DOES 1–25                                      DEFENDANTS

## JUDGMENT

The Court enters Judgment for Christina Reynolds against Mountain Run Solutions, LLC for a total of $4,550. That represents $1,000 in statutory damages, $550 in costs, and $3,000 in attorney's fees. Post-judgment interest will accrue at .46% per annum from today until this Judgment is paid in full.

_____
D.P. Marshall Jr.
United States District Judge

19 January 2022